UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DARRON HARRIS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 16-16606** |
| **TIM HOOPER** | **SECTION: "E"(3)** |

## O R D E R

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge,[1] and the Petitioner's objection to the Magistrate Judge's Report and Recommendation,[2] hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal application for habeas corpus relief filed by Darron Harris is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 1st day of June, 2017.

_____
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 15.
[2] R. Doc. 16.